# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| ADLER, JAN M. | US DISTRICT COURT, SDCA | 10/24/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. MAGISTRATE JUDGE FULL-TIME | ☐ Nomination    Date<br>☐ Initial  ☐ Annual  ☑ Final<br>**5b.** ☐ Amended Report | 01/01/2018<br>to<br>09/30/2018 |

**7. Chambers or Office Address**

UNITED STATES DISTRICT COURT
940 FRONT STREET, ROOM 2140
SAN DIEGO, CA 92101-8928

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. MEMBER | EQUITY PARTNERS SPECIAL PURPOSE LLC |
| 2. CO-TRUSTEE | TRUST #1 |
| 3. 9TH CIRCUIT DIRECTOR | FEDERAL MAGISTRATE JUDGES ASSOCIATION |
| 4. MEMBER, BOARD OF DIRECTORS | JEWISH FAMILY SERVICES SAN DIEGO |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2018 | FEE INCOME FROM FORMER LAW FIRM TO BE COLLECTED FOR WORK PERFORMED BEFORE LEAVING THE FIRM, APPROXIMATELY $35,000 PER YEAR THROUGH 2025. |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 10/24/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | EQUITY PARTNERS SPECIAL PURPOSE LLC - MEMBER INCOME | $25,323.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | FEDERAL MAGISTRATE JUDGES ASSOCIATION | 03/19/18-03/21/18 | WASHINGTON, D.C. | BOARD MEETINGS | TRANSPORTATION, HOTEL AND FOOD |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 10/24/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 10/24/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | TRUST #1 | | | | | | | | | |
| 2. | AMERIPRISE BROKERAGE ACCOUNT IRA#1 - MM CASH EQUIVALENTS | | None | J | T | | | | | |
| 3. | - HIGHLANDS REIT | | None | J | T | | | | | |
| 4. | - INVESTRUST PROPERTIES | A | Dividend | K | T | | | | | |
| 5. | AMERIPRISE BROKERAGE ACCOUNT IRA#2 - MM CASH EQUIVALENTS | | None | J | T | | | | | |
| 6. | - AMERICAN CAPITAL INCOME BUILDER - A | A | Dividend | K | T | | | | | |
| 7. | - AMERICAN CAPITAL WORLD GROWTH & INCOME | A | Dividend | K | T | | | | | |
| 8. | AMERIPRISE ONE FINANCIAL ACCOUNT - MM CASH EQUIVALENTS | | None | K | T | Buy (add'l) | 01/10/18 | K | | |
| 9. | | | | | | Buy (add'l) | 01/18/18 | J | | |
| 10. | | | | | | Buy (add'l) | 03/02/18 | K | | |
| 11. | | | | | | Buy (add'l) | 04/17/18 | J | | |
| 12. | | | | | | Buy (add'l) | 06/07/18 | K | | |
| 13. | | | | | | Buy (add'l) | 07/11/18 | J | | |
| 14. | | | | | | Buy (add'l) | 07/18/18 | J | | |
| 15. | | | | | | Buy (add'l) | 08/10/18 | J | | |
| 16. | | | | | | Buy (add'l) | 08/22/18 | K | | |
| 17. | - AMCAP CL A | | None | | | Sold | 02/21/18 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 10/24/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   - AMERICAN FUNDS AMERICAN BALANCED CL A | | None | | | Sold | 02/21/18 | K | | |
| 19.   - NEW PERSPECTIVE CL A | | None | | | Sold | 02/21/18 | L | | |
| 20.   - NEW WORLD CL A | | None | | | Sold | 02/21/18 | L | | |
| 21.   - CNL HEATHCARE TR INC | B | Dividend | L | T | | | | | |
| 22.   STRATEGIC PORFOLIO SERVICE ADVANTAGE #1 - CASH EQUIVALENTS | | None | K | T | Sold (part) | 01/10/18 | K | | |
| 23. | | | | | Sold (part) | 03/02/18 | K | | |
| 24. | | | | | Sold (part) | 06/17/18 | K | | |
| 25. | | | | | Sold (part) | 07/11/18 | J | | |
| 26. | | | | | Sold (part) | 08/10/18 | J | | |
| 27.   - AMCAP CL A | C | Dividend | M | T | Buy | 02/21/18 | M | | |
| 28.   - AMERICAN FUNDS AMERICA BALANCED CL A | A | Dividend | J | T | Buy | 02/21/18 | J | | |
| 29. | | | | | Sold (part) | 08/08/18 | J | | |
| 30.   - AMERICAN CENTURY CALIFORNIA HIGH YIELD MUN INVESTOR CL | A | Dividend | L | T | Buy | 02/21/18 | L | | |
| 31.   - BARON SMALL CAP FUND | A | Dividend | L | T | | | | | |
| 32.   - BLACKROCK CALIFORNIA MUN OPPTYS INSTL CL | | None | M | T | Buy | 08/01/18 | M | | |
| 33.   - FRANKLIN CONVERTIBLE SECS ADVISOR CL | A | Dividend | K | T | Buy | 08/08/18 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 10/24/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34.  - FRANKLIN MANAGED TR RISING DIVIDEND FUND CL A | A | Dividend | L | T | | | | | |
| 35.  - GABELLI ASSET CL SHR CLASS EX | | None | K | T | Sold (part) | 02/28/18 | K | D | |
| 36.  - CLEARBRIDGE MIDCAP CORE A | A | Dividend | L | T | | | | | |
| 37.  - NEW PERSPECTIVE CL A | | None | L | T | Buy | 02/21/18 | L | | |
| 38.  - NEW WORLD CL A | | None | K | T | Buy | 02/21/18 | K | | |
| 39.  - VIRTUS REAL ESTATE SECURITIES | A | Dividend | K | T | | | | | |
| 40.  - iSHARES CORE US AGGREGATE BOND | B | Dividend | | | Sold (part) | 04/27/18 | K | | |
| 41. | | | | | Sold (part) | 06/15/18 | K | | |
| 42. | | | | | Sold | 08/08/18 | M | | |
| 43.  - iSHARES SHORT TREASURY BOND ETF | A | Dividend | | | Buy | 04/27/18 | K | | |
| 44. | | | | | Sold (part) | 06/05/18 | J | | |
| 45. | | | | | Sold | 08/08/18 | K | | |
| 46.  - iSHARES EDGE MSCI MIN VOLATILITY EAFE | A | Dividend | J | T | Buy | 06/05/18 | J | | |
| 47.  - POWERSHARES EMERGING MARKETS N/K/A INVESCO EMERGING MARKETS | A | Dividend | | | Sold (part) | 04/27/18 | J | | |
| 48. | | | | | Sold (part) | 06/05/18 | J | | |
| 49. | | | | | Sold | 08/08/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 10/24/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 50. - SPDR BLOOMBERG BARCLAYS SHORT TERM HIGH YIELD BOND ETF | A | Dividend | | | Sold (part) | 04/27/18 | J | | |
| 51. | | | | | Sold (part) | 06/05/18 | J | | |
| 52. | | | | | Sold | 08/08/18 | J | | |
| 53. - VANGUARD SHORT TERM CORP BOND ETF | A | Dividend | | | Sold (part) | 04/27/18 | J | | |
| 54. | | | | | Sold (part) | 06/05/18 | J | | |
| 55. | | | | | Sold | 08/08/18 | K | | |
| 56. - S&P 500 ETF TRUST (SPDR) UNIT SER 1 | B | Dividend | M | T | | | | | |
| 57. - VANGUARD TOTAL STOCK MARKET | A | Dividend | L | T | | | | | |
| 58. AMERIPRISE ACTIVE PORFOLIO IRA - CASH EQUIVALENTS | A | Dividend | K | T | | | | | |
| 59. - iSHARES CORE S&P ETF | C | Dividend | N | T | Buy (add'l) | 04/27/18 | J | | |
| 60. | | | | | Buy (add'l) | 05/30/18 | J | | |
| 61. | | | | | Sold (part) | 06/14/18 | K | B | |
| 62. | | | | | Buy (add'l) | 06/21/18 | J | | |
| 63. | | | | | Sold (part) | 06/26/18 | J | | |
| 64. | | | | | Buy (add'l) | 09/06/18 | J | | |
| 65. | | | | | Sold (part) | 09/10/18 | J | A | |
| 66. - iSHARES CORE US AGGREGATE BOND ETF | B | Dividend | M | T | Buy (add'l) | 04/27/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 10/24/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐　NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 67. | | | | | Buy (add'l) | 06/04/18 | J | | |
| 68. | | | | | Buy (add'l) | 06/14/18 | J | | |
| 69.　- SPDR BLOOMBERG BARCLAYS HIGH YIELD BOND ETF | B | Dividend | K | T | Buy (add'l) | 04/27/18 | J | | |
| 70. | | | | | Buy (add'l) | 06/14/18 | J | | |
| 71.　- SECTOR CONSUMER STAPLES SELECT SECTOR SPDR ETF | A | Dividend | | | Buy (add'l) | 04/27/18 | J | | |
| 72. | | | | | Sold (part) | 06/07/18 | J | | |
| 73. | | | | | Buy (add'l) | 06/21/18 | J | | |
| 74. | | | | | Sold (part) | 06/26/18 | J | | |
| 75. | | | | | Sold | 09/06/18 | K | B | |
| 76.　- SECTOR MATERIALS SELECT SECTOR SPDR ETF | A | Dividend | K | T | Buy (add'l) | 04/27/18 | J | | |
| 77. | | | | | Sold (part) | 06/07/18 | J | A | |
| 78. | | | | | Buy (add'l) | 06/21/18 | J | | |
| 79. | | | | | Sold (part) | 06/26/18 | J | | |
| 80. | | | | | Buy (add'l) | 09/06/18 | J | | |
| 81. | | | | | Sold (part) | 09/10/18 | J | A | |
| 82.　- SECTOR ENERGY SELECT SECTOR SPDR ETF | A | Dividend | K | T | Buy | 09/10/18 | K | | |
| 83.　- SECTOR HEALTHCARE SELECT SECTOR SPDR ETF | | None | | | Sold | 01/03/18 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 10/24/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 84.   - SECTOR FINANCIAL SELECT SECTOR SPDR ETF | A | Dividend | K | T | Buy | 01/03/18 | K | | |
| 85. | | | | | Buy (add'l) | 04/27/18 | J | | |
| 86. | | | | | Sold (part) | 06/07/18 | J | | |
| 87. | | | | | Buy (add'l) | 06/21/18 | J | | |
| 88. | | | | | Sold (part) | 06/26/18 | J | | |
| 89. | | | | | Buy (add'l) | 09/06/18 | J | | |
| 90. | | | | | Sold (part) | 09/10/18 | J | A | |
| 91.   - SECTOR INDUSTRIAL SELECT SECTOR SPDR ETF | A | Dividend | K | T | Buy | 06/26/18 | K | | |
| 92. | | | | | Buy (add'l) | 09/06/18 | J | | |
| 93. | | | | | Sold (part) | 09/10/18 | J | A | |
| 94.   - SELECT SECTOR TR REAL ESTATE SPDR ETF | A | Dividend | | | Buy (add'l) | 01/03/18 | J | | |
| 95. | | | | | Sold (part) | 04/27/18 | J | | |
| 96. | | | | | Sold (part) | 05/30/18 | J | | |
| 97. | | | | | Sold (part) | 06/04/18 | J | A | |
| 98. | | | | | Sold | 06/07/18 | J | A | |
| 99.   - SELECT UTILITIES SELECT SECTOR SPDR ETF | A | Dividend | | | Sold (part) | 04/27/18 | K | | |
| 100. | | | | | Buy (add'l) | 06/07/18 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 10/24/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 101. | | | | | Sold | 06/21/18 | K | A | |
| 102. AMERICAN STRATEGIC PORTFOLIO SERVICE ADVISOR IRA#1 - CASH EQUIVALENT | | None | J | T | | | | | |
| 103. - ALPHABET INC CL A | A | Dividend | J | T | Sold (part) | 01/04/18 | J | A | |
| 104. - AMGEN INC | A | Dividend | J | T | Buy (add'l) | 01/04/18 | J | | |
| 105. - BANK AMERICA CORP | A | Dividend | J | T | Sold (part) | 01/04/18 | J | | |
| 106. | | | | | Buy (add'l) | 07/02/18 | J | | |
| 107. - CISCO SYSTEMS INC | A | Dividend | J | T | Sold (part) | 01/04/18 | J | A | |
| 108. | | | | | Sold (part) | 07/02/18 | J | A | |
| 109. - CLOROX COMPANY | A | Dividend | J | T | Sold (part) | 01/04/18 | J | A | |
| 110. | | | | | Buy (add'l) | 07/02/18 | J | | |
| 111. - DOWDUPONT INC | A | Dividend | J | T | Buy (add'l) | 01/04/18 | J | | |
| 112. | | | | | Buy (add'l) | 07/02/18 | J | | |
| 113. - ENTERPRISE PRODUCTS PARTNERS LTC PARTNERSHIP | A | Distribution | | | Buy (add'l) | 01/04/18 | J | | |
| 114. | | | | | Sold | 07/02/18 | J | A | |
| 115. - HALLIBURTON COMPANY | A | Dividend | J | T | Buy | 07/02/18 | J | | |
| 116. - HASBRO INC | A | Dividend | J | T | Buy (add'l) | 01/04/18 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 10/24/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 117. | | | | | Buy<br>(add'l) | 07/02/18 | J | | |
| 118.  - HOME DEPOT | A | Dividend | J | T | Sold<br>(part) | 01/04/18 | J | A | |
| 119. | | | | | Buy<br>(add'l) | 07/02/18 | J | | |
| 120.  - HONEYWELL INTL INC | A | Dividend | J | T | Buy<br>(add'l) | 07/02/18 | J | | |
| 121.  - INTEL CORP | A | Dividend | J | T | Sold<br>(part) | 01/04/18 | J | A | |
| 122. | | | | | Sold<br>(part) | 07/02/18 | J | A | |
| 123.  - JPMORGAN CHASE & COMPANY | A | Dividend | J | T | Sold<br>(part) | 01/04/18 | J | A | |
| 124. | | | | | Buy<br>(add'l) | 07/02/18 | J | | |
| 125.  - JOHNSON & JOHNSON | A | Dividend | J | T | Buy | 01/04/18 | J | | |
| 126. | | | | | Buy<br>(add'l) | 07/02/18 | J | | |
| 127.  - MAXIM INTEGRATED PRODUCTS<br>INC | A | Dividend | J | T | Sold<br>(part) | 01/04/18 | J | A | |
| 128. | | | | | Sold<br>(part) | 07/02/18 | J | A | |
| 129.  - MERCK & COMPANY INC NEW | A | Dividend | | | Sold | 01/04/18 | J | | |
| 130.  - MICROSOFT CORP | A | Dividend | J | T | Sold<br>(part) | 01/04/18 | J | A | |
| 131. | | | | | Sold<br>(part) | 07/02/18 | J | A | |
| 132.  - OLLIES BARGAIN OUTLET<br>HOLDINGS INC | | None | K | T | Sold<br>(part) | 01/04/18 | J | A | |
| 133. | | | | | Sold<br>(part) | 07/02/18 | J | B | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 10/24/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 134. - RAYMOND JAMES FINANCIAL INC | A | Dividend | J | T | Buy (add'l) | 01/04/18 | J | | |
| 135. | | | | | Buy (add'l) | 07/02/18 | J | | |
| 136. - UNITED HEALTH GROUP INC | A | Dividend | J | T | Sold (part) | 01/04/18 | J | A | |
| 137. | | | | | Sold (part) | 07/02/18 | J | A | |
| 138. - VANGUARD MID CAP ETF | A | Dividend | J | T | Buy (add'l) | 01/04/18 | J | | |
| 139. | | | | | Buy (add'l) | 07/02/18 | J | | |
| 140. - VANGUARD SMALL CAP ETF | A | Dividend | J | T | Buy (add'l) | 01/04/18 | J | | |
| 141. | | | | | Sold (part) | 07/02/18 | J | A | |
| 142. - XYLEM INC | A | Dividend | J | T | Sold (part) | 01/04/18 | J | A | |
| 143. | | | | | Buy (add'l) | 07/02/18 | J | | |
| 144. AMERIPRISE STRATEGIC PORTFOLIO SERVICE ADVISOR IRA#2 - CASH EQUIVALENT | A | Dividend | J | T | | | | | |
| 145. - BLACKROCK HIGH YIELD BOND INSTL CL | A | Dividend | L | T | Buy | 07/02/18 | L | | |
| 146. - FRANKLIN CONVERTIBLE SECS ADVISOR CL | A | Dividend | K | T | Buy | 07/02/18 | K | | |
| 147. - BRANDYWINEGLOBAL GLOBAL OPPTYS BOND CL | A | Dividend | K | T | Buy | 07/02/18 | K | | |
| 148. - PGIM TOTAL RETURN BOND CL2 | A | Dividend | M | T | Buy | 07/02/18 | M | | |
| 149. - INVESCO LTD | A | Dividend | J | T | Buy | 01/04/18 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 10/24/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 150. | | | | | Buy (add'l) | 04/02/18 | J | | |
| 151. | | | | | Buy (add'l) | 07/02/18 | J | | |
| 152. - AETNA INC NEW | | None | | | Sold | 01/04/18 | K | D | |
| 153. - ALPHABET INC CL A | | None | K | T | Sold (part) | 01/04/18 | J | A | |
| 154. | | | | | Sold (part) | 07/02/18 | J | A | |
| 155. - CELGENE CORP | | None | | | Buy | 01/04/18 | K | | |
| 156. | | | | | Buy (add'l) | 04/02/18 | J | | |
| 157. | | | | | Sold | 07/02/18 | J | | |
| 158. - CENTENE CORP DEL | | None | K | T | Sold (part) | 01/04/18 | J | A | |
| 159. | | | | | Sold (part) | 04/02/18 | J | A | |
| 160. | | | | | Sold (part) | 07/02/18 | J | A | |
| 161. - CHINA MOBILE LIMITED SPONSORED ADRS | | None | | | Buy (add'l) | 01/04/18 | J | | |
| 162. | | | | | Sold | 04/02/18 | J | | |
| 163. - CHUBB LTD | A | Dividend | | | Sold | 01/04/18 | K | B | |
| 164. - CISCO SYSTEMS INC | A | Dividend | K | T | Sold (part) | 01/04/18 | J | A | |
| 165. | | | | | Sold (part) | 04/02/18 | J | A | |
| 166. | | | | | Sold (part) | 07/02/18 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 10/24/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 167.  - WALT DISNEY CO | A | Dividend | K | T | Sold<br>(part) | 01/04/18 | J | A | |
| 168. | | | | | Buy<br>(add'l) | 04/02/18 | J | | |
| 169. | | | | | Sold<br>(part) | 07/02/18 | J | | |
| 170.  - DOWDUPONT INC | A | Dividend | J | T | Sold<br>(part) | 01/04/18 | J | A | |
| 171. | | | | | Buy<br>(add'l) | 04/02/18 | J | | |
| 172. | | | | | Sold<br>(part) | 07/02/18 | J | | |
| 173.  - EXXON MOBILE CORP | A | Dividend | K | T | Sold<br>(part) | 01/04/18 | J | A | |
| 174. | | | | | Buy<br>(add'l) | 04/02/18 | J | | |
| 175. | | | | | Sold<br>(part) | 07/02/18 | J | | |
| 176.  - HALLIBURTON COMPANY | A | Dividend | J | T | Buy | 07/02/18 | K | | |
| 177.  - HOME DEPOT INC | A | Dividend | K | T | Sold<br>(part) | 01/04/18 | J | A | |
| 178. | | | | | Buy<br>(add'l) | 04/02/18 | J | | |
| 179. | | | | | Sold<br>(part) | 07/02/18 | J | A | |
| 180.  - IRON MOUNTAIN INC NEW | | None | J | T | Buy | 07/02/18 | K | | |
| 181.  - iSHARES TIPS BOND ETF | B | Dividend | | | Buy<br>(add'l) | 01/04/18 | J | | |
| 182. | | | | | Sold<br>(part) | 04/02/18 | J | | |
| 183. | | | | | Sold | 07/02/18 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 10/24/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 184.  - iSHARES iBOXX $INVESTMENT GRADE CORP BOND ETF | A | Dividend | | | Buy (add'l) | 01/04/18 | J | | |
| 185. | | | | | Sold (part) | 04/02/18 | J | | |
| 186. | | | | | Sold | 07/02/18 | K | | |
| 187.  - iSHARES 7-10 YR TREASURY BOND ETF | A | Dividend | | | Buy (add'l) | 01/04/18 | K | | |
| 188. | | | | | Sold (part) | 04/02/18 | J | | |
| 189. | | | | | Sold | 07/02/18 | K | | |
| 190.  - iSHARES 1-3 YR TREASURY BOND ETF | A | Dividend | | | Sold (part) | 01/04/18 | J | | |
| 191. | | | | | Sold | 07/02/18 | K | | |
| 192.  - iSHARES MBS ETF | A | Dividend | | | Buy (add'l) | 01/04/18 | J | | |
| 193. | | | | | Sold (part) | 04/02/18 | J | | |
| 194. | | | | | Sold | 07/02/18 | K | | |
| 195.  - iSHARES SHORT TREASURY BOND ETF | A | Dividend | | | Buy | 04/02/18 | K | | |
| 196. | | | | | Sold | 07/02/18 | K | A | |
| 197.  - iSHARES CORE MSCI EFE ETF | A | Dividend | K | T | Sold (part) | 01/04/18 | J | A | |
| 198. | | | | | Sold (part) | 04/02/18 | J | A | |
| 199. | | | | | Buy (add'l) | 07/02/18 | J | | |
| 200.  - JOHNSON & JOHNSON | B | Dividend | K | T | Buy | 01/04/18 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 201. | | | | | Buy (add'l) | 04/02/18 | J | | |
| 202. | | | | | Buy (add'l) | 07/02/18 | J | | |
| 203.  - KONINKLIJKE PHILIPS NV SPONSORED ADR | A | Dividend | K | T | Buy (add'l) | 01/04/18 | J | | |
| 204. | | | | | Sold (part) | 04/02/18 | J | A | |
| 205. | | | | | Sold (part) | 07/02/18 | J | A | |
| 206.  - MASTERCARD INC CL A | A | Dividend | K | T | Buy | 07/02/18 | J | | |
| 207.  - MERCK & COMPANY INC NEW | A | Dividend | | | Sold | 01/04/18 | J | | |
| 208.  - MICROSOFT CORP | A | Dividend | K | T | Sold (part) | 01/04/18 | J | A | |
| 209. | | | | | Sold (part) | 04/02/18 | J | A | |
| 210. | | | | | Sold (part) | 07/02/18 | J | A | |
| 211.  - POWERSHARES EMERGING MARKET N/K/A INVESCO EMERGING MARKET SOVEREIGN | A | Dividend | | | Buy (add'l) | 01/04/18 | J | | |
| 212. | | | | | Sold | 07/02/18 | K | | |
| 213.  - POWERSAHRES SENIOR LOAN N/K/A INVESCO SENIOR LOAN PORT ETF | A | Dividend | | | Buy (add'l) | 01/04/18 | J | | |
| 214. | | | | | Buy (add'l) | 04/02/18 | J | | |
| 215. | | | | | Sold (part) | 04/02/18 | J | | |
| 216. | | | | | Sold | 07/02/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 10/24/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 217. - RAYMOND JAMES FINANCIAL INC | A | Dividend | K | T | Sold (part) | 01/04/18 | J | A | |
| 218. | | | | | Sold (part) | 04/02/18 | J | A | |
| 219. | | | | | Sold (part) | 07/02/18 | J | A | |
| 220. - SPDR BLOOMBERG BARCLAYS HIGH YIELD BOND ETF | A | Dividend | | | Buy (add'l) | 01/04/18 | J | | |
| 221. | | | | | Sold | 04/02/18 | K | | |
| 222. - SCHWAB CHARLES CORP NEW | A | Dividend | | | Sold (part) | 01/04/18 | J | A | |
| 223. | | | | | Sold (part) | 04/02/18 | J | A | |
| 224. | | | | | Sold | 07/02/18 | J | B | |
| 225. - SEALED AIR CORP NEW | A | Dividend | J | T | Sold (part) | 01/04/18 | J | A | |
| 226. | | | | | Buy (add'l) | 04/02/18 | J | | |
| 227. | | | | | Sold (part) | 07/02/18 | J | | |
| 228. - SOUTHERN COPPER CORP DEL | A | Dividend | J | T | Buy | 04/02/18 | J | | |
| 229. | | | | | Buy (add'l) | 07/02/18 | J | | |
| 230. - SYMANTEC CORP | A | Dividend | | | Buy (add'l) | 01/04/18 | J | | |
| 231. | | | | | Buy (add'l) | 04/02/18 | J | | |
| 232. | | | | | Sold | 05/15/18 | J | | |
| 233. - UNILEVER PLC SPONSORED ADR NEW | A | Dividend | K | T | Buy (add'l) | 01/04/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 10/24/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 234. | | | | | Sold<br>(part) | 04/02/18 | J | A | |
| 235. | | | | | Buy<br>(add'l) | 07/02/18 | J | | |
| 236. - VANGUARD SHORT TERM CORP BOND ETF | A | Dividend | | | Sold<br>(part) | 01/04/18 | K | | |
| 237. | | | | | Sold<br>(part) | 04/02/18 | J | | |
| 238. | | | | | Sold | 07/02/18 | K | | |
| 239. - VANGUARD MID CAP ETF | A | Dividend | K | T | Sold<br>(part) | 01/04/18 | J | A | |
| 240. | | | | | Sold<br>(part) | 04/02/18 | J | A | |
| 241. | | | | | Sold<br>(part) | 07/02/18 | J | A | |
| 242. - VANGUARD SMALL CAP ETF | A | Dividend | K | T | Sold<br>(part) | 01/04/18 | J | A | |
| 243. | | | | | Sold<br>(part) | 04/02/18 | J | A | |
| 244. | | | | | Sold<br>(part) | 07/02/18 | J | A | |
| 245. - XYLEM INC | A | Dividend | K | T | Buy | 05/15/18 | J | | |
| 246. | | | | | Buy<br>(add'l) | 07/02/18 | J | | |
| 247. RIVERSOURCE LIFE INSURANCE RAVA 5 - COLUMBIA VP | | None | N | T | | | | | |
| 248. RIVERSOURCE RETIREMENT ADVISOR 4 - VP MODERATE CL 4 | | None | M | T | | | | | |
| 249. RIVERSOURCE LIFE PROTECTION PLUS UL INSURANCE | | None | M | T | | | | | |
| 250. JP MORGAN CHASE BANK ACCOUNTS | A | Interest | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII. LINE 17 AND LINE 27:  AMCAP TRANSFER OF ASSETS FROM AMERIPRISE ONE FINANCIAL TO STRATEGIC PORTFOLIO SERVICE ADVANTAGE #1.

PART VII. LINE 18 AND 28:  AMERICAN FUNDS AMERICAN BALANCED CL A TRANSFER OF ASSETS FROM AMERIPRISE ONE FINANCIAL TO STRATEGIC PORTFOLIO SERVICE ADVANTAGE #1.

PART VII. LINE 19 AND 37:  NEW PERSPECTIVE CL A TRANSFER OF ASSETS FROM AMERIPRISE ONE FINANCIAL TO STRATEGIC PORTFOLIO SERVICE ADVANTAGE #1.

PART VII. LINE 20 AND 38:  NEW WORLD CL A TRANSFER OF ASSETS FROM AMERIPRISE ONE FINANCIAL TO STRATEGIC PORTFOLIO SERVICE ADVANTAGE #1.

PART VII LINES 211 AND 213:  NAME CHANGE.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ JAN M. ADLER**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544